1540

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 09-166 |
| | ) | Criminal No. |
| v. | ) | |
| | ) | (18 U.S.C. § 842(a)(3)(B)) |
| PERRY E. LANDIS | ) | |

## INDICTMENT

The grand jury charges:

On or about September 29, 2007, in the Western District of Pennsylvania, the defendant, PERRY E. LANDIS, who was not at the time a licensee or permittee, did knowingly and unlawfully distribute explosive materials, namely, blasting caps, to a person other than a licensee or permittee.

In violation of Title 18, United States Code, Section 842(a)(3)(B).

## COUNT TWO

The grand jury further charges:

On or about March 27, 2008, in the Western District of Pennsylvania, the defendant, PERRY E. LANDIS, who was not at the time a licensee or permittee, did knowingly and unlawfully distribute explosive materials, namely, blasting caps, to a person other than a licensee or permittee.

In violation of Title 18, United States Code, Section 842(a)(3)(B).

A True Bill,

_____
FOREPERSON

MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254