IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 09-166 |
| ) | |
| PERRY E. LANDIS ) | |

### ARRAIGNMENT PLEA

Defendant Perry E. Landis

being arraigned, pleads _____

in open Court this _____ day of

_____, 20\_\_\_\_.


_____
(Defendant's Signature)


_____
(Attorney for Defendant)