IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs                                                                                  Criminal No. 02:09-cr-166

PERRY E. LANDIS

TAKE NOTICE that the above-entitled case has been set for arraignment on May 20, 2009, at 10:00 a.m. before U.S. Magistrate Judge Robert C. Mitchell, Courtroom No. 9B, 9th Floor, Pittsburgh, Pennsylvania.

DATE: May 14, 2009

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ Pat Hill
   Pat Hill
   Deputy Clerk

cc: Honorable Robert C. Mitchell
    Margaret E. Picking, AUSA
    Pretrial Services
    USMS
    Stephen B. Jarrett, Esq
    436 Nimitz Avenue
    State College, PA 16801
    Perry E. Landis
    Allegheny County Jail
    950 Second Avenue
    Pittsburgh, PA  15219

NOTICE:  YOU ARE HEREBY NOTIFIED THAT PRIOR AUTHORIZATION SHOULD BE OBTAINED FROM THE COURT FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. SECTION 3006(E)(2) AND AUTHORIZATION MUST BE OBTAINED IF THE SERVICES WILL EXCEED $150.00.