IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-166 |
| | ) | |
| PERRY E. LANDIS | ) | |

### CHANGE OF PLEA

AND NOW, the defendant in the above entitled case hereby

withdraws his plea of not guilty

entered May 20, 2009,

And now pleads guilty in open court

To counts One and Two

This 1st day of June, 2009.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)