IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 09-166 |
| | ) |
| PERRY E. LANDIS | ) |

## GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS

AND NOW, comes the United States of America, by and through Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Margaret E. Picking, Assistant United States Attorney for said district, and respectfully files the within Position with Respect to Sentencing Factors:

1. The undersigned attorney for the government has reviewed the Pre-Sentence Investigation Report in the foregoing case.

2. The government has no additions, changes, or corrections to the Pre-Sentence Report.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

s/ Margaret E. Picking
MARGARET E. PICKING
Assistant U.S. Attorney
PA ID No. 28942
U.S. Attorney's Office
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Office: 412-644-3500
Fax: 412-644-2645
margaret.picking@usdoj.gov