## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 09-166 |
| | ) | |
| PERRY LANDIS | ) | |

The above named defendant satisfied the judgment of SEPTEMBER 11, 2009 by paying on AUGUST 10, 2009, the full balance due on his/her court ordered:

       __X__ Assessment
       _____ Fine
       _____ Costs
       _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_[signature]_  9-11-09
Deputy Clerk                  Date

FILED
09 SEP 11 P3:22
CLERK
U.S. DISTRICT COURT